
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 29 2013
J.T. NOBLIN, CLERK
BY _____ DEPUTY

DARCY C. MARTIN [Pro Se]
Plantiff
V
Copiah Lincoln Community College And
Its Board of Trustees who has
refused admittance of Plantiff to
Copiah Lincoln Community College

C.A. NO ~~~~~

Civil Rights Complaint

1. This is a Civil Rights complaint for declatory, injuctive, and other appropriate relief brought by Plantiff Darcy c. Martin a United States Citizen appearing Pro Se.

Darcy C. Martin brings this complaint for violation of his rights of Due Process, Discrimination, and the right to be confronted by his accusers.

2) This Court has jurisdiction in this matter ~~[scribbled out]~~

3) Copiah Lincoln Community College is a Federally Funded and supported School of the State of the United ~~Sta~~ States.

4) Darcy C. Martin was a student at Copiah Lincoln Community College in the year(s) of <u>January 2010 and January 2011</u>. Defendant has been denied readmission

to Copiah-Lincoln Community College on grounds of prejudice, violation of his due process rights, and the right to be confronted by his accusers. To wit, Plantiff made a legal binding agree with Copiah-Lincoln to attend. Plantiff signed all necessary documents and was misled, lied to, and betrayed by Copiah-Lincoln Community College, Eva Hart the counselor at Copiah Lincoln Community college who enrolled him, and the Business Office who received his ~~Fina~~ Financial aid.

5) Plantiff asserts and can factually prove that: All defendants involved have stedfastly lied to, misled, and betrayed Plantiff by refusing Plantiff admission

*6) to Copiah Lincoln. Plantiff enrolled in Copiah Lincoln Community College on January 2010, January 2011 Plantiff had all funds necessary for his education. Plantiff was called the 3rd week into his education at Copiah-Lincoln and told "you will have to pay for your tuition out of your pocket, we will not accept your Pell Grant," a federal grant which pays for students education. This call came from Copiah - Lincoln Community College.

7) This is a violation of Plantiffs civil rights, due process, discrimination, and the right to be confronted by his accusers.

8) Plantiff has suffered mental anguish, The inability to complete his ~~education~~ education ie; Copiah Lincoln will not and has stedfastly refused to release his official transcripts to any school. Plantiff has suffered Financially. Plantiff cannot obtain his A.A. (~~Asss Ass~~, Associate Degree ~~Degree~~, from Copiah-Lincoln or any other school to begin his professional carreer. Plantiff has been and was seeking an A.A. in Accounting. Plantiff has suffered monetarily by not being able to apply to schools that would help him more Financially

9) Plantiff has talked to Copiah Lincoln Community College Faculty to resolve this problem. Plantiff has gone to Copiah-Lincoln community college to resolve this Problem; However faculty has stedfastly refused to resolve this Problem.

Wherefore, ~~Darci~~ Darcy C. Martin, Plantiff respectfully ask the court to grant declatory, injunctive, ~~and~~ in the amount of $1,000,000 (one-million dollars).

Plantiff

Darcy C. Martin
~~1101 WALL St~~
1101 WALL Street
McComb, MS
39648

*Darcy C. Martin*

STATE OF MISSISSIPPI
GEORGE C. MARTIN, JR.
ID No. 74987
NOTARY PUBLIC
Comm Expires
August 25, 2016
PIKE COUNTY

Subscribed and sworn to me this the 4 day of APRIL, 2013.
Pike County, Mississippi.

George C Martin Jr.

From: DARCY E. MARTIN
1101 Wall Street
McComb, MS
39648



To: United States District Court
United States Courthouse
501 E. Court Street
Suite 2.500
Jackson, MS
39201

RECEIVED
APR 25 2013
Clerk U.S. District Court
Southern District of Miss.



1000
39201

U.S. POSTAGE
PAID
MCCOMB, MS
39648
APR 25, 13
AMOUNT
$1.12
00082277-03

ReadyPost
Document Mailer